IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBBIE D. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1523-JJF |
| | ) |
| COMMISSIONER STAN TAYLOR, | ) |
| WARDEN RICK KEARNEY, | ) |
| SGT. BARRY BILES, and TEANNA | ) |
| BANKS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This __3__ day of __May__, 2006,

WHEREAS, Defendants having requested an enlargement of time of thirty days in which to file an answer; and

WHEREAS, there being good cause shown for the granting of such motion;

IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before __June 14, 2006__.

Joseph J. Farnan, Jr., Judge
United States District Court Judge