IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBBIE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1523-JJF |
| | ) | |
| COMMISSIONER STAN TAYLOR, | ) | |
| WARDEN RICK KEARNEY, | ) | |
| SGT. BARRY BILES, and TEANNA | ) | |
| BANKS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TAYLOR'S MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(1) AND 12(b)(6).**

COMES NOW, Stanley Taylor, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the defendant. In support of his motion to dismiss Defendant has filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Lisa Barchi  #3927
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barch@state.de.us

DATE: June 14, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBBIE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1523-JJF |
| | ) | |
| COMMISSIONER STAN TAYLOR, | ) | |
| WARDEN RICK KEARNEY, | ) | |
| SGT. BARRY BILES, and TEANNA | ) | |
| BANKS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendant Stanley Taylor in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2006, I electronically filed *Defendant Stanley Taylor's Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on June 14, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Robbie D. Jones, Inmate
SBI # 313356
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us