IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBBIE D. JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1523-JJF |
| COMMISSIONER STAN TAYLOR, WARDEN RICK KEARNEY, SGT. BARRY BILES, and C/O TEANNA BANKS, | : |

**O R D E R**

WHEREAS, Defendant Stan Taylor filed a Motion To Dismiss (D.I. 17) on June 14, 2006;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, November 10, 2006.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

October 30, 2006
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE