IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBBIE D. JONES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1523-JJF |
| | : |
| COMMISSIONER STAN TAYLOR, et al., | : |
| | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 7 day of December 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant Stan Taylor's Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) And 12(b)(6) (D.I. 17) is **GRANTED** in part and **DENIED** in part. The claims for monetary damages against Defendant Commissioner Taylor in his official capacity are **DISMISSED**.

*[signature]*
UNITED STATES DISTRICT JUDGE