```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

ROBBIE D. JONES,                   :
                                   :
          Plaintiff,                :
                                   :
     v.                            : Civil Action No. 04-1523-JJF
                                   :
COMMISSIONER STAN TAYLOR,          :
                                   :
          Defendant.               :
```

### RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Discovery.** Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **June 15, 2007**.

2. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **August 13, 2007**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

3. **Pretrial Conference.** A Pretrial Conference will be held on **November 1, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules

of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

    4. **Trial.** Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Parties should be available during the 120 day period for trial.

<u>February 23, 2007</u>  
DATE

_____  
UNITED STATES DISTRICT JUDGE