IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBBIE D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1523-JJF |
| ) | |
| COMMISSIONER STAN TAYLOR, ) | JURY TRIAL DEMANDED |
| WARDEN RICK KEARNEY, ) | |
| SGT. BARRY BILES, and TEANNA ) | |
| BANKS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:   Robbie Jones
      SBI # 313356
      Sussex Correctional Institute
      P.O. Box 500
      Georgetown, DE 19947

**PLEASE TAKE NOTICE** that the oral deposition of Robbie Jones will be taken by Stacey Xarhoulakos, Deputy Attorney General, on Wednesday, June 13 at 1:30 p.m. The deposition will take place at the Sussex Correctional Institute, Georgetown, DE 19947 and will be transcribed by a professional reporter.

                                    STATE OF DELAWARE
                                    DEPARTMENT OF JUSTICE

                                    /s/ Stacey Xarhoulakos
                                    Stacey Xarhoulakos, I.D. No. 4667
                                    Deputy Attorney General
                                    820 North French Street, 6th Floor
                                    Wilmington, DE 19801
                                    (302) 577-8400
                                    stacey.xarhoulakos@state.de.us
                                    Attorney for Defendants

Dated:  May 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on May 29, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Robbie Jones.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants