IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBBIE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1523-JJF |
| | ) | |
| COMMISSIONER STAN TAYLOR, | ) | |
| WARDEN RICK KEARNEY, | ) | |
| SGT. BARRY BILES, and TEANNA | ) | |
| BANKS, | ) | |
| | ) | |

**ORDER**

Upon the Defendants' Motion For Enlargement Of Time, and it appearing that good and sufficient notice of the Motion has been given, and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendants have until on or before August 20, 2007 to file a Dispositive Motion.

**SO ORDERED** this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan, Jr.,
United States District Court Judge