# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBBIE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1523-JJF |
| | ) | |
| COMMISSIONER STAN TAYLOR, | ) | |
| WARDEN RICK KEARNEY, | ) | JURY TRIAL DEMANDED |
| SGT. BARRY BILES, and TIANA[1] | ) | |
| BANKS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Commissioner Stan Taylor, Warden Rick Kearney, Sergeant Barry Biles, and Correctional Officer Tiana Banks, by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

                                      **DEPARTMENT OF JUSTICE**
                                      **STATE OF DELAWARE**

                                      */s/ Stacey Xarhoulakos*
                                      Stacey Xarhoulakos (#4667)
                                      Deputy Attorney General
                                      Department of Justice
                                      820 N. French Street, 6th Floor
                                      Wilmington, DE  19801
                                      (302) 577-8400

Dated: August 17, 2007                   *Attorney for Defendants*

---

[1] Improperly named as "Teanna" in the Complaint.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBBIE D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1523-JJF |
| ) | |
| COMMISSIONER STAN TAYLOR, ) | |
| WARDEN RICK KEARNEY, ) | |
| SGT. BARRY BILES, and TIANA[2] ) | |
| BANKS, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

**WHEREAS**, the Court having considered the Motion for Summary Judgment of the Defendants Commissioner Stan Taylor, Warden Rick Kearney, Sergeant Barry Biles, and Correctional Officer Tiana Banks;

**WHEREFORE, IT IS SO ORDERED** this _____ day of_____, 2007 that the Defendants' Motion for Summary Judgment is GRANTED.

_____
United States District Judge

---

[2] Improperly named as "Teanna" in the Complaint.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on August 17, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Robbie Jones

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendants*