# EXHIBIT B

| Incident# | SCI Sussex Correctional Institution | Date: 07/07/2004 |
|---|---|---|
| 7882 | PO Box 500 GEORGETOWN DE, 19947 Phone#: 302-856-5280 | |

## INCIDENT REPORT

Group# N/A    Type: Inmate Involved    Incident Date: 07/06/2004    Time: 20:35    Confidential: No

Facility: SCI Sussex Correctional Institution                                    Followup Required: No

Associated Disciplinary Report #(s): 3563
Associated Disciplinary Report #(s): 3564
Incident Location: Other
Location Description: Gym Yard
Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
                     1.17/200.215 Inciting a Riot

Description of Incident:
On the above date and time, Sgt. Biles was escorting visits across the compound following behind C/O's D. West and C. West who were leaving due to a family emergency. When C/O C. West became visibly upset, C/O D. West went to comfort her all of the sudden someone returning from the gym began hollering "YEAH PUT ARMS ON YOUR FUCKING WIFE I SEE YOU". Sgt. Biles then turned around and saw inmates Brittingham and R.Jones standing at the yard gates hollering. Sgt. Biles then told the inmates to continue moving but they kept standing there encouraging the other inmates to join in. When Sgt. Biles began to approach the area the inmates then began to move. After Sgt. Biles returned to the building he first called I/M Brittingham to the office to speak to him about what had just happened, I/M Brittingham acted as though nothing had happened and claimed that it wasn't him eventhough Sgt .Biles told him that he saw him hollering. Sgt. Biles then had I/M Brittingham leave the office and informed him that he was going to ASDA. Then Sgt. Biles called I/M Jones into the office, I/M Jones came down the steps shouting "what the fuck is this about?" "I didn't say shit "Sgt. Biles then told I/M Jones to sit down and be quiet. I/M Jones then stepped up to Sgt. Biles in a very threatening manner raised both hands and said "You can't make me sit the fuck down, what the fuck is next."Sgt. Biles then physically subdued I/M Jones, placed hand cuffs on him and escorted him along with I/M Brittingham to ASDA. The Watch Commander was notified of the incident.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A                                                              Date Collected: N/A
Discovered By: N/A                              Secured By: N/A

Type of Force Used: [X] PHYSICAL  [] CHEMICAL  [] STUN  [] OTHER  [] CAPSTUN  [] NONE
Restraints Used  : Handcuffs
Immediate Action Taken:
Reports submitted.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Damon, Brittingham L | 00384404 | N/A |
| Inmate | Robbie, Jones D | 00313356 | N/A |
| Staff | Barry, Biles T | N/A | CO Corporal/Sgt. - Large Inst. |

Reporting Officer: Biles, Barry T (Co Corporal/Sgt. - Large Inst.)    Entered By: Biles, Barry T (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 07/07/2004  Approved by: Wilkinson, David W (Shift Commander - Large Inst.)
Comments: inmate moved to asda, seen by medical, use of force review started