# EXHIBIT F

# SEALED EXHIBIT