# EXHIBIT G

# USE OF FORCE REVIEW

REPORT # 7882   REPORT DATE 7-6-04

1] Uses of force
  A) Capstun............ ☐
  B) Physical............ ☑
    1) Hands on ☑   Restraints ☐
  C) Chemical............ ☐
  D) Electronic............ ☐
  E) K-9............ ☐
  F) Deadly Force............ ☐

2] Did staff follow proper procedures according to S.C.I. polices and procedures? yes
  A) 004 sec. #1 ☑   B) 025 sec. #1 ☐   C) 027 sec. #1 ☐

3] Was inmate seen by medical?   YES ☑   NO ☐
  A) By whom NURSE AMY MUNSON
  B) Comments MINOR ABRASIONS ON RIGHT TEMPLE + UPPER LIP. NO FOLLOW-UP REQUIRED

4] Was staff seen by medical?   YES ☐   NO ☑
  A) By whom
  B) Comments N/A

5] Were reports complete, answering all relevant questions? YES ☑ NO ☐

Review completed by LT. JOE ISAACS   Signature LT. Joe Isaacs
Date 7/7/04   Time 0545

Watch Commander CAPT.   Signature Geo. O'Ruill
Date 7/7/04   Time Appx 0545 AM.

**PLEASE FORWARD TO DEPUTY WARDEN WHEN COMPLETED**

Received, SCI.
JUL 0 6 2004
Deputy Warden