# EXHIBIT H

| Disciplinary# |
|---|
| 3564 |

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone No. 302-856-5280**

Date: 07/07/2004

*423*

# DISCIPLINARY REPORT

| Disciplinary Type: Class | | Housing Unit: MULTISECURITY | | IR#: 7982 | |
|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00313356 | Jones, Robbie D | SCI | Other | 07/06/2004 | 20:35 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 4.17/200.215 Inciting a Riot.

Witnesses:1. Biles, Barry    2. N/A    3. N/A

## Description of Alleged Violation(s)

On The Above Date And Time, Sgt. Biles Observed I/M Jones Hollering At C/O D. West And C/O C. West In The Gym Yard. When Sgt. Biles Told I/M Jones To Move On , He Began To Encourage The Other Inmates In The Yard To Join In. It Wasn'T Until Sgt.Bile Began To Approach The Area That I/M Jones Moved. When Sgt .Biles Called For I/M Jones Back Inside The Building To Come Int The Office, I/M Jones Came Down The Steps Shouting"What The Fuck Is This About?" "I Didn'T Say Shit." Sgt . Biles Then Told I/N Jones To Sit Down And Be Quiet .I/M Jones Then Stepped Up To Sgt .Biles In A Very Threatening Manner, Raised Both Hands An Said "You Can'T Make Me Sit The Fuck Down, What The Fuck Is Next ."Sgt. Biles Then Physically Restrained I/M Jones Hancuffe Him And Escorted Him To Asda.

Reporting Officer: Biles, Barry T (CO Corporal/Sgt. - Large Inst.)

## Immediate Action Taken

Immediate action taken by: Biles, Barry T -CO Corporal/Sgt. - Large Inst.

Reports Submitted.

## Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

## Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Wilkinson, David W (Shift Commander - Large Inst.)

Comments: Discp. Lt. D. West

## Shift Supervisor Details

Date Received:    Time:    Received From: __

Shift Supervisor Determination:

[] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Wilkinson, David W (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE: 7/11/04 TIME: 18 w and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: LT J.E.W    Offender: _____
Jones, Robbie D

## NOTICE OF DISCIPLINARY HEARING
## FOR CLASS II/CLASS I OFFENSE

TO: Inmate: _____  Number: _____  Location: _____

1. You are hereby ordered to appear before Hearing Officer _____
after _____, after _____, at ____S.C.I. HEARING OFFICE____
   (Time of Day)     (Date)      (Location)

2. At the time, a hearing will be held to determine whether you violated the following
Institutional Rule(s) as alleged in the attached Disciplinary Report: (State specific
rule violated:

3. A Class II Offense is a rule violation in which the extent of the sanction imposed
shall be restricted to: a. Written Reprimand; b. Loss of one or more privileges for a
period of time of more than 24 hours but less than 5 days; c. Confinement to assigned
quarters not to exceed 5 days.

4. A Class I Offense is a rule violation in which the extent of the sanction to be imposed
shall be restricted to: a. Loss of one or more privileges for a period of time of more than
24 hours but less than 90 days; b. Confinement to assigned quarters for a period of time
not to exceed 15 days; c. Isolation confinement for a period of time not to exceed 90 days;
d. Loss of good time for a period of time not to exceed up to all earned good time;
e. Restitution. Forfeiture of accumulated good time shall be subject to the approval of
the Commissioner or his designee.

5. You have rights in the disciplinary process as stated on the back of this page. These
have been fully explained to you at the time of this notification.

I certify that on _____ at _____, (1) I served upon the above inmate Notice of
    (Date)     (Time)
Disciplinary Hearing for Class I/Class II Offense, and (2) the Disciplinary Report is
attached hereto.

_____                    _____
  (EMPLOYEE SIGNATURE)                            (INMATE SIGNATURE)
*************************************************************************************

**Class II Offense  Inmate Rights in the Disciplinary Process**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise
to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing.
If you choose to remain silent your silence will not be considered against you at the
Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may
be excluded during the Hearing Officer's deliberations and at any time your behavior becomes
disruptive to the proceedings. Reasons for such exclusions shall be stated in writing.

**Impartial Hearing Officer:** You have the right to be heard by an impartial Hearing Officer
who shall not have witnessed the incident in question, been involved in preparation of the
charge, or otherwise biased against you. Such Hearing Officer shall not have had supervisory
responsibility over you during the six months immediately preceding the hearing and shall
be of a rank no lower than Sergeant.

**Make Statement and Present Evidence:** You have the right to make a statement and present any
reasonable evidence, including written statements from others, in your behalf.

**Record of Findings:** You have the right to receive a written record of the disciplinary
hearing. Such records shall state the findings of the Hearing Officer, summarize the
evidence relied upon, and will state the sanctions imposed if any.

**Appeal:** You have the right to appeal the decision of the Class II Hearing Officer to the
Class I Hearing Officer. At the Disciplinary Hearing you will be provided with an appeal
form. Execution of any sanctions imposed by the Hearing Officer UNLESS YOU INDICATE ON THE
APPEAL FORM THAT YOU DO NOT INTEND TO APPEAL.

| DR# |
|-----|
| 3564 |

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone No. 302-856-5280**

Date: 07/15/2004

## DISCIPLINARY HEARING DECISION

Name: JONES, Robert D.                        SBI#: 00 176             Type: Class

Institution: SCI Sussex Correctional Institution        Hearing Date: 07/15/2004    Time:

**Inmate Present:** Yes        **Reason(If No):** N/A

**Violation:** 1.06/200.203 Disorderly or Threatening Behavior, 1.17/200.215 Inciting a Riot

**Inmate PLEA:** Not Guilty

**Inmate Statement:** I was yelling at her and her son, but I didn't threaten anyone.

**Witness Name:** Biles, Barry

**Testimony :** N/A

**Decision :** Guilty

**Rational :** basded on the officers report he is guilty of 1.06 and not guilty of 1.17

**Sanctions:** N/A

### HEARING OFFICER'S SIGNATURE

Hennessy, Melvin C

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer.I may appeal the decision of a Class I Hearing to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [X]  DO    [ ]  DO NOT INTEND TO APPEAL

### INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[ ]   Inmate does not wish to appea        [X]   Appeal has been denied by Commissioner or Designa

[ ]   Sanctions have been modifie        [ ]   Time Limit(72 Hours since hearing) for appeal has expir

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|-----------|-----------|------|----------|
| 1. Loss of All Privileges | 07/16/2004 | 15 | 07/31/2004 |

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I ✓ CLASS II _____    DISCIPLINARY HEARING DECISION    DR#: *2009 923*

INMATE NAME: *Robbie Jones*    INST#: *313.356*    HEARING DATE: *7-13-09*

TIME: _____    INAMTE PRESENT: (X) YES ( ) NO REASON: _____

WITNESSES PRESENT:    1. _____    2. _____    3. _____

VIOLATION: *1.06*

PLEA: ( ) GUILTY (X) NOT GUILTY ( ) OTHER: _____

INMATE STATEMENT: _____

WITNESS STATEMENT: _____

DECISION: (X) GUILTY ( ) NOT GUILTY    RATIONALE: *Based on the officers Repel*

SANCTION: *15 Days LORP*

_____
HEARING OFFICER'S SIGNATURE

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer.
I may appeal the decision of a Class I Hearing to the facility administrator. I also understand
that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if
I am appealing a Class II Hearing decision or the Warden if I am appealing a Class II Hearing
decision.

I (X) DO (🖤) DO NOT INTEND TO APPEAL.

_____
INMATE'S SIGNATURE

ORDER TO IMPLEMENT SANCTIONS

( ) Inmate does not wish to appeal.
( ) Time limit for appeal has expired.
( ) Appeal has been denied.
( ) Sanctions have been modified on appeal to: _____

It is hereby ordered to implement the sanctions or modified sanctions on:
DATE: _____    and TIME: _____

FORM #: 118 (SCI)            RECORD OF DISCIPLINARY HEARING            SHORT FORM *ASO17*

Case Number

*2004233*

| Number | Commitment Name | Institution | Date of Hearing |
|---|---|---|---|
| 313356 | Robbie Jones | | 7-12-04 |
| | | | Time of Hearing |

1.  **Hearing Officer's Decision:**

[X] Guilty     [ ] Not Guilty     [ ] Probation     [ ] Further Investigation Needed

2.  **Sanction Imposed:** 15 DAYS LOAP

3.  **Stay of Sanction:**

[X] Execution will be stayed.          [X] Execution will not be stayed.
Reason:                                Reason:
*appeal*

I verify receiving a copy of sanction this date:

Robbie D Jones            7/13-04          Sgt. Michael Kennedy
Inmate Signature and Date                  Signature of Hearing Officer

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I _X_    CLASS II _____              APPEAL NOTICE                    DR#: _____

INMATE NAME: Robert DeVaughn Jones    INST#: Sussex Corr    DATE: July 13th 2004
HEARING DATE: July 13th 2004    VIOLATION: Threatening Behavior/Inciting a Riot
HEARING DECISION: (Guilty of Threatening Behavior (dropped; Inciting a Riot)
SANCTION: 15 Days Loss of All Privileges

I understand I have 72 hours in which to file a written notice of appeal to the Class I
Hearing Officer in the case of an appeal from a Class II Hearing decision or to the Warden
in the case of an appeal from a Class I Hearing decision.

APPEAL: I've Provided a List of Witnesses, Including Three (3) officers
who need to be Interviewed before any Verdict could be Reached. I believe
I have Enough Evidence to be Found not Guilty and Bring (civil/criminal)
charges Against officer (Sgt. Bries) In Question. If Resolved In My Favor
I'd Like to Either Trans'fed to MPCJF or Back to D-Tier Bunk #3

1) C/O T. Banks                    12) Tyrone Hazzard        23) Robert Brophy          34) George Johnson
3) C/O D. Seymour                  13) Mecheal Lambert       24) Wayne Beddel           35) Stephon Desheilds
4) C/O W. Jackson                  14) Chris Booth           25) Mike McGee             36) Jermaine Mills
4) Damon Brittingham               15) Tracy Sherwood        26) Robert Johnson         37) Adam Byrase
5) Al-Shareef Harris               16) Donald Connely        27) Donald Torres          38) Ben Sturges
6) Bernard Reyes                   17) Roce Barlow           28) William Waltham        39) Andre Parker
7) Aaron Bell                      18) Terelle Belle         29) Joe Bennett            40) Any I/M
8) Joseph Vincent                  19) Rolando Ruiz          30) Becky Heckman          Present At Gym
9) Donald Pauls                    30) Tom Mallon            31) Sam Jones              or on C and D
10) Lajuan Drayton                 31) Ed Desbelle           32) David Slaughter        Tiers As of
    Randolph Graham                22) Gary Johnson          33) Frank Roy              7-6-04

Robbi DeVaughn Jones
INMATE'S SIGNATURE

APPEAL DECISION: _____
_____
_____
_____
_____
_____
_____
_____

FORM #: 336

| DR# | |
|---|---|
| 3564 | |

**SCI  Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone No. 302-856-5280**

Date: <u>08/03/2007</u>

| Inmate : Jones, Robbi D. | | SB# 00313356 | Type Class I |
|---|---|---|---|
| Institution:SCI Sussex Correctional Institution | | Hearing Date: 07/3/2007 | Time : |

## MEMORANDUM

To  : <u>Jones, Robbi D</u>

From : <u>Warden</u>

RE  : <u>APPEAL DECISION</u>

1. <u>Loss of All Privileges</u>

    Your appeal             [ ]   Accepted    [X]  Denied

    The decision of hearing    [X]  Affirmed   [ ]  Reversed [ ]  Remanded for further proceedings

    The sanction imposed by hearing officer will [X]  Remain as imposed by the Hearing Officer [ ]  Reduced

<u>The basis of this decision is as follows :</u>
I concur with the hearing officer, the sanction is appropriate.

**This report has been reviewed by Deloy, Michael E**

Date Reviewed

<u>Page 1 of 1</u>