# EXHIBIT I

Disciplinary#
3563

**SCI Sussex Correctional Institution**
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 07/07/2004

# DISCIPLINARY REPORT

Disciplinary Type: Class:          Housing Unit: MHU SECURITY          ID #: 7882

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|------|-------------|-----------|---------------------|------|------|
| 00384404 | Brittingham, Damon L | SCI | Other | 07/06/2004 | 20:35 |

Violations: 1.17/200.215 Inciting a Riot

Witnesses: 1. Biles, Barry          2. N/A          3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time, Sgt. Biles Saw Inmate Brittingham Hollering At C/O'S D. West And C/O'S C West While Standing Ou At The Yard When He Was Told To Move On He Tried To Encourage The Other Inmates To Join In. It Wasn'T Until Sgt. Biles Began T Approach The Area That Inmate Brittingham Moved On . Once In The Building Sgt . Biles Informed I/M Britingham That He Wasn Bein Moved To Asda For Inciting A Riot.

Reporting Officer: Biles, Barry T (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

Immediate action taken by: Biles, Barry T -CO Corporal/Sgt. - Large Inst.

Reports Submitted.

### Offender Disposition Details

Disposition: N/A          Date: N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑          Disapproved: ☐          Approved By: Wilkinson, David W (Shift Commander - Large Inst.)

Comments: Discp. Lt. D. West

### Shift Supervisor Details

Date Received:          Time:          Received From: _____

Shift Supervisor Determination:

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate
     revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours.

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

                                                            Wilkinson, David W (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE: 7/11/04   TIME: 12~   and have been informed of my rights to have
a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions
outlined in the Rules of conduct.

Preliminary Hearing
Officer:          Lt J.E.W          Offender:          Brittingham, Damon L

## NOTICE OF DISCIPLINARY HEARING
### FOR CLASS II/CLASS I OFFENSE

TO: Inmate: _____ Number: _____ Location: A _____

1. You are hereby ordered to appear before Hearing Officer _____
after _____, after _____, at      S.C.I. HEARING OFFICE
        (Time of Day)            (Date)            at      (Location)

2. At the time, a hearing will be held to determine whether you violated the following Institutional Rule(s) as alleged in the attached Disciplinary Report: (State specific rule violated: _____

3. A Class II Offense is a rule violation in which the extent of the sanction imposed shall be restricted to: a. Written Reprimand; b. Loss of one or more privileges for a period of time of more than 24 hours but less than 5 days; c. Confinement to assigned quarters not to exceed 5 days.

4. A Class I Offense is a rule violation in which the extent of the sanction to be imposed shall be restricted to: a. Loss of one or more privileges for a period of time of more than 24 hours but less than 90 days; b. Confinement to assigned quarters for a period of time not to exceed 15 days; c. Isolation confinement for a period of time not to exceed 90 days; d. Loss of good time for a period of time not to exceed up to all earned good time; e. Restitution. Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.

5. You have rights in the disciplinary process as stated on the back of this page. These have been fully explained to you at the time of this notification.

I certify that on _____ at _____, (1) I served upon the above inmate Notice of
                   (Date)          (Time)
Disciplinary Hearing for Class I/Class II Offense; and (2) the Disciplinary Report is attached hereto.

_____                    _____
    (EMPLOYEE SIGNATURE)                          (INMATE SIGNATURE)
*******************************************************************************

**Class II Offense  Inmate Rights in the Disciplinary Process**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent your silence will not be considered against you at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reasons for such exclusions shall be stated in writing.

**Impartial Hearing Officer:** You have the right to be heard by an impartial Hearing Officer who shall not have witnessed the incident in question, been involved in preparation of the charge, or otherwise biased against you. Such Hearing Officer shall not have had supervisory responsibility over you during the six months immediately preseding the hearing and shall be of a rank no lower than Sergeant.

**Make Statement and Present Evidence:** You have the right to make a statement and present any reasonable evidence, including written statements from others, in your behalf.

**Record of Findings:** You have the right to receive a written record of the disciplinary hearing. Such records shall state the findings of the Hearing Officer, summarize the evidence relied upon, and will state the sanctions imposed if any.

**Appeal:** You have the right to appeal the decision of the Class II Hearing Officer to the Class I Hearing Officer. At the Disciplinary Hearing you will be provided with an appeal form. Execution of any sanctions imposed by the Hearing Officer UNLESS YOU INDICATE ON THE APPEAL FORM THAT YOU DO NOT INTEND TO APPEAL.

| DR# |
|-----|
| 3563 |

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone No. 302-856-5280**

Date: <u>07/13/2004</u>

## DISCIPLINARY HEARING DECISION

| Inmate : Birmingham, Darien | SBI# 00394-04 | Type : Class I |
|---|---|---|
| Institution :SCI Sussex Correctional Institution | Hearing Date : | Time : |

**Inmate Present:** <u>No</u>     **Reason(If No):**<u>N/A</u>

**Violation:** 1.17/200.215 Inciting a Riot

**Inmate PLEA:** <u>Not Guilty</u>
**Inmate Statement:** N/A

**Witness Name:** Biles, Barry
**Testimony :** N/A

**Decision :**<u>Guilty</u>
**Rational :** Based on the officers report
**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE _____

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer.I may appeal the decision of a Class I Hearing to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO     [X] DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appea         [ ] Appeal has been denied by Commissioner or Designa

[ ] Sanctions have been modifie         [ ] Time Limit(72 Hours since hearing) for appeal has expir

It is here by ordered to Implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 07/14/2004 | 15 | 07/29/2004 |

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I  ✓  CLASS II ____          DISCIPLINARY HEARING DECISION          DR#: _200492 (_

INMATE NAME: _David Brittingham_        INST#: _384404_        HEARING DATE: _7-12-04_.
TIME: _____    INAMTE PRESENT: (X) YES ( ) NO REASON: _____

WITNESSES PRESENT:    1. _____    2. _____    3. _____
VIOLATION: _1.17_

PLEA: (X) GUILTY ( ) NOT GUILTY ( ) OTHER: _____

INMATE STATEMENT: _____

WITNESS STATEMENT: _____

DECISION: (X) GUILTY ( ) NOT GUILTY   RATIONALE: _____

SANCTION: _15 DAYS LOAP_

_S/for Melvie Kennedy_
HEARING OFFICER'S SIGNATURE

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer.
I may appeal the decision of a Class I Hearing to the facility administrator. I also understand
that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if
I am appealing a Class II Hearing decision or the Warden if I am appealing a Class II Hearing
decision.

I ( ) DO  (X) DO NOT INTEND TO APPEAL.

_Damon Brittingham_
INMATE'S SIGNATURE

ORDER TO IMPLEMENT SANCTIONS
( ) Inmate does not wish to appeal.
( ) Time limit for appeal has expired.
( ) Appeal has been denied.
( ) Sanctions have been modified on appeal to: _____

It is hereby ordered to implement the sanctions or modified sanctions on:
DATE: _____    and TIME: _____

FORM #: 118 (SCI)                 ~ORD OF DISCIPLINARY HEARING                    SHORT FORM  *H50A*

|  |  |  | Case Number |
|---|---|---|---|
|  |  |  | 3004421 |
| Number | Commitment Name | Institution | Date of Hearing |
|  |  |  | 7-12-04 |
|  |  |  | Time of Hearing |
| 384404 | DAMON BRITTINGHAM |  |  |

1.   **Hearing Officer's Decision:**

   [X] Guilty      [ ] Not Guilty      [ ] Probation      [ ] Further Investigation Needed

2.   **Sanction Imposed:**  15 DAYS LAAP

3.   **Stay of Sanction:**

   [ ] Execution will be stayed.                    [ ] Execution will not be stayed.
       Reason:                                              Reason:

I verify receiving a copy of sanction this date:

_____                    _____
**Inmate Signature and Date**                                    **Signature of Hearing Officer**