IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBBIE D. JONES,                    :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 04-1523-JJF
                                    :
COMMISSIONER STAN TAYLOR,           :
et al.,                             :
                                    :
        Defendants.                 :

## ORDER

WHEREAS, on August 17, 2007, Defendants filed a Motion for Summary Judgment (D.I. 31);

WHEREAS, Plaintiff's Answering Brief to the Motion for Summary Judgment was due on August 30, 2007;

WHEREAS, Plaintiff has not yet responded to Defendants' Motion;

NOW THEREFORE IT IS HEREBY ORDERED that:

1.  Plaintiff shall file an Answering Brief to Defendants' Motion For Summary Judgment (D.I. 31) **no later than Monday, November 16, 2007.**  If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

2.  The Pretrial Conference scheduled for November 1, 2007 is **canceled.**

3.    A copy of this Order is being mailed to Plaintiff at Sussex

Correctional Institute, P.O. Box 500, Georgetown, Delaware

19947.

October 17, 2007                              _____
                                              UNITED STATES DISTRICT JUDGE