IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

ROBBI D. JONES

    PLAINTIFF,

       V.

COMMISSIONER STAN TAYLOR

WARDEN RICK KEARNEY

SGT. BARRY BILES AND

TIANNA BANKS

    DEFENDANTS

C.A. NO. 04-1523-JJF.



FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFFS' ANSWER TO DEFENDANTS'

MOTION FOR SUMMARY

ᵢ)

DEFENDANTS' STATEMENT OF FACTS ARE, IN ALL ACTUALITY,

NOT FACTS AND ARE, FURTHERMORE, IN CONTENTION. SPECIFICALLY,

✱ PARAGRAPH 1, LINES 4 & 5,✱ PARAGRAPH 2, LINES 6 THRU 13,

✱ PARAGRAPH 3 LINES 1 THRU 3, PARAGRAPH 8, LINES 1 THRU 3.

ARGUEMENT

THE PRECEDENT SET FORTH BY FEDERAL 56(C) HAS NOT BEEN MET

BY THE DEFENDANTS, AS THERE IS A GENUINE ISSUE THAT MOVANT

FEELS WOULD BE BEST RESOLVED BY THIS COURT, I HAVE INDEED

A GENUINE ISSUE THAT CAN ONLY BE PROVEN IN CROSS EXAMINATION

OF THE DEFENDANTS, AND A FAIR MINDED JURY MAY, INFACT, SEE

THE EVIDENCE AS SUPPORTIVE TO ME AND MY CASE.

✱ PLEASE NOTE PARAGRAPHS 1, 2, & 3, 8 REFER TO PARAGRAPHS NO 5 TO 7 &(RES)

ANSWER TO SECTION B.

PLAINTIFF JONES CAN ESTABLISH AN EIGHTY AMENDMENT CLAIM. DEFENDANTS TAYLOR AND KEARNEY WERE NOTIFIED BY HANDWRITTEN LETTER THAT A CLAIM OF EXCESSIVE FORCE NEEDED TO BE LOOKED IN TO AND ONLY, ALLEGEDBLY SPOKE WITH THE EMPLOYEES AND NOT MYSELF. DEFENDANT BILES USE EXCESSIVE FORCE. DEFENDANT BILES ALSO PERJURED HIMSELF, IN AN AFFIDAVIT, HE CLAIMS THAT I CAME TO HIS OFFICE YELLING, YET OFC. BANKS SAYS SHE HAS NO RECOLLECTION OF THIS INCIDENT. FURTHERMORE, SGT. BILES, SAYS HE RESTRAINED ME AND TOOK ME TO ASDA, HOWEVER AFTER OFC. DAVID SEYMOUR TOLD HIM TO STOP, HE LET ME GO AND SENT ME BACK UPSTAIRS WHERE OFC. BANKS HAD TO LET ME BACK ON TO THE TIER, PROVING THE INCONSISTENCIES OF THERE TESTIMONY. AND LASTLY SGT. BILES ENTERED MY TIER (D-TIER MEDIUM) WITH OFC'S SEYMOUR & JACKSON, HANDCUFFED ME AND THEN PROCEEDED TO ESCORT ME TO ASDA. ONCE AGAIN PROVING THE INCONSISTENCIES OF THEIR TESTIMONY.

ANSWER TO SECTION C

OFC. BANKS DID FAIL TO PROTECT PLAINTIFF

OFC. BANKS EITHER HEARD ME YELLING OR DID'NT HEAR ANYTHING, HAD SHE HEARD ME YELLING AND DID NOT COME SHE FAILED TO PROTECT ME AND HER CO-WORKER. BECAUSE THE SPACE IS SO SMALL HAD I BEEN YELLING AND CURSING THERE WOULD BE NO WAY SHE WOULDN'T HAVE HEARD ME, BECAUSE THE UPSTAIRS DUTY DESK IS NEAR THE DOOR AND THE HALLWAY, YET SHE HAS NO RECOLLECTION OF THIS, FURTHERMORE PROVING INCONSISTENCIES IN THE DEFENDANTS TESTIMONY.

## Answer to Section A

**Defendant Biles' Actions were Excessive**

According to the five factors listed by the defense the defendant (Biles) was in the wrong and in excess of the law; 1) there was no need for application of force because the defendant says so. Plaintiff maintains that threatening behavior was never exhibited. Once again the inconsistency is demonstrated. Here Sgt Biles claims I was yelling, using profanity & being uncooperative, yet no other officer can verify this. In fact, they say in their affidavits that they can't remember this most important fact. To have the other four standards met, the 1st must be upheld, in this case it isn't.

### Conclusion

The defendants have falsified documents to protect one of their own. They have also lied in their affidavits and their depositions. If not dealt with this problem within these walls will only get worse. Without the eloquent "legalese" I feel I have successfully pointed out the inconsistancies in the testimony and demand my own right to a trial by jury.

Bobby Devaughn Jones



I/M: Robert D. Jones  BLDG: MSB-E TIER
# 313560
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

Honorable
Judge Joseph J. Farnan Jr
C/O Office of the Clerk
U.S. District Court
844 N. King St Lock Box 18
Wilm DE   19801-3570

19801385 19  CC12