**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

November 28, 2007

[New Castle County-Civil Division]

Clerk of Court
U. S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Jones v. Taylor, et al.
            C.A. No. 04-1523 JJF

Dear Clerk of Court:

    Please allow this letter to reflect Defendants' waiver of their right to file a Reply Brief in relation to their Motion for Summary Judgment. Accordingly, Defendants rest on their arguments contained in their Memorandum of Points and Authorities filed in support of their Motion for Summary Judgment.

    If I can be of further assistance in this matter, please feel free to contact me by telephone at (302) 577-8400.

                              Respectfully Submitted,

                              /s/ Stacey Xarhoulakos

                              Stacey Xarhoulakos
                              Deputy Attorney General

cc:  Robbie Jones