IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBBIE D. JONES,                :

                             :

       Plaintiff,          :

                             :

    v.                    : Civ. Action No. 04-1523-JJF

                             :

COMMISSIONER STAN TAYLOR,   :

WARDEN RICK KEARNEY,       :

SGT. BARRY BILES, and      :

C/O TEANNA BANKS,          :

                             :

       Defendants.        :

## O R D E R

At Wilmington, this 21 day of February, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants' First Motion For Extension Of Time is **DENIED** as **moot**. (D.I. 30.)

2. Defendants' Motion For Summary Judgment (D.I. 31) is **GRANTED**. The Clerk of the Court is directed to enter judgment in favor of Defendants and against Plaintiff.

                                                                          
UNITED STATES DISTRICT JUDGE