IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBBIE D. JONES, :
 :
      Plaintiff, :
 :
v. : Civ. Action No. 04-1523-JJF
 :
COMMISSIONER STAN TAYLOR, :
WARDEN RICK KEARNEY, :
SGT. BARRY BILES, and :
C/O TEANNA BANKS, :
 :
      Defendants. :

### JUDGMENT IN A CIVIL CASE

For the reasons stated in the Court's Memorandum Opinion and Order issued on February 21, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff.

                                            /s/ Joseph J. Farnan
                                      UNITED STATES DISTRICT JUDGE

Dated: February 21, 2008

                                            /s/ Deborah Krett
                                            (By) Deputy Clerk